# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 19-565V
UNPUBLISHED

ASHISH DAVE,

                Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

                Respondent.

Chief Special Master Corcoran

Filed: May 13, 2021

Special Processing Unit (SPU);
Damages Decision Based on Proffer;
Meningococcal Vaccine; Vasovagal
Syncope

*Sean Franks Greenwood, Greenwood Law Firm, Houston, TX, for petitioner.*

*Mark Kim Hellie, U.S. Department of Justice, Washington, DC, for respondent.*

## DECISION AWARDING DAMAGES[1]

On April 16, 2019, Ashish Dave filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that he suffered from an episode of vasovagal syncope as a result of a meningococcal vaccine administered on June 26, 2018. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On November 25, 2019, a ruling on entitlement was issued, finding Petitioner entitled to compensation. On May 13, 2021, Respondent filed a proffer on award of compensation ("Proffer") indicating Petitioner should be awarded $62,738.58. Proffer at 2. In the Proffer, Respondent represented that Petitioner agrees with the proffered award. *Id.* Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, I am required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002.  44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

Pursuant to the terms stated in the attached Proffer, **I award Petitioner a lump sum payment of $62,738.58 (representing compensation in the amount of $40,000.00 for pain and suffering; $6,642.31 for unreimbursed, out-of-pocket medical expenses; $525.00 for lost wages; and $15,571.27 in future medical care) in the form of a check payable to Petitioner.** This amount represents compensation for all damages that would be available under § 15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**


<u>**s/Brian H. Corcoran**</u>
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS

ASHISH DAVE,

                Petitioner,

v.

SECRETARY OF HEALTH
AND HUMAN SERVICES,

                Respondent.

Case No. 19-565V (ECF)
CHIEF SPECIAL MASTER
CORCORAN

## RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

### I.    Procedural History

On November 24, 2019, respondent filed a Vaccine Rule 4(c) report concluding that Ashish Dave ("petitioner") suffered an injury that is compensable under the National Childhood Vaccine Injury Act of 1986, as amended, 42 U.S.C. §§ 300aa-10 to -34 ("the Act"). Accordingly, on November 25, 2019, the Chief Special Master issued a Ruling on Entitlement, finding that petitioner was entitled to compensation under the Act.

### II.    Items of Compensation and Form of the Award

Based upon the evidence of record, respondent proffers that petitioner should be awarded $62,738.58. The award is comprised of the following: $40,000.00 for pain and suffering; $6,642.31 for unreimbursed, out-of-pocket medical expenses; $525.00 for lost wages; and $15,571.27 in future medical care. This amount represents all elements of

compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a) regarding his June 26, 2018, meningococcal vaccination. Petitioner agrees.[1]

## III.  Form of the Award

The parties recommend that compensation provided to petitioner should be made through a lump sum payment of $62,738.58, in the form of a check payable to petitioner. Petitioner agrees.

Petitioner is a competent adult. Evidence of guardianship is not required in this case.

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

C. SALVATORE D'ALESSIO
Acting Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Acting Deputy Director
Torts Branch, Civil Division

ALEXIS B. BABCOCK
Assistant Director
Torts Branch, Civil Division

---

[1] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief. In particular, respondent would oppose any award for future medical expenses, future lost earnings, and future pain and suffering.

s/ *Mark K. Hellie*

MARK K. HELLIE
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146, Benjamin Franklin Station
Washington, D.C. 20044-0146
T: (202) 616-4208
E: mark.hellie@usdoj.gov

DATED: May 13, 2021